# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM FIRE
AND CASUALTY COMPANY,

    Plaintiffs,

CASE NO: 6:20-CV-1240-WWB-EJK

v.

COMPLETE CARE CENTERS, LLC, F/K/A
INTEGRATIVE PHYSICAL MEDICINE
HOLDING, LLC, MARC G. OTT and BRET G.
SCHEUPLEIN

    Defendants.
_____

## DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR HIPAA QUALIFIED PROTECTIVE ORDER

Defendants, Complete Care Centers, LLC, f/k/a Integrative Physical Medicine Holding, LLC, Marc G. Ott and Bret G. Scheuplein, pursuant to Local Rule 3.01(c)-(d) moves this Court for leave to file a reply brief of no more than 15 pages in support of their Motion For HIPAA Qualified Protective Order And Incorporated Memorandum Of Law (Doc. 60) (the "Motion for Protective Order") no later than February 1, 2021.

On December 21, 2020, Defendants' Complete Care Centers, LLC, f/k/a Integrative Physical Medicine Holding, LLC, Marc G. Ott and Bret G. Scheuplein filed their Motion For HIPAA Qualified Protective Order pursuant the Court's Order granting in part and denying in part Plaintiffs' Motion to Compel (Doc. 59) in this case. Thereafter, on January 14, 2021, Plaintiffs filed their Response in Opposition to Defendants' Motion for HIPAA Qualified Protective Order (Doc. 66). In their Opposition, Plaintiffs' argue that a HIPAA Qualified

Protective Order is not necessary under various laws and introduce inapplicable case law which Defendants must be given an opportunity to respond. Additionally, Plaintiffs' brought this action against a medical provider who has its own requirements with which it must comply.

A party seeking leave to file a reply must show good cause. *See Allied Portables, LLC v. Youmans*, No. 2:15-cv-294-FTM-38CM, 2016 WL 7428229, at *1 (M.D. Fla. Oct. 19, 2016) (citing *McDonald v. U.S.*, No. 3:13–cv–168–J–37MCR, 2013 WL 3901871, at *1 n.3 (M.D. Fla. July 29, 2013). Allowing the Defendants' the opportunity to file a reply in support of their Motion for Protective Order to rebut Plaintiffs' Opposition allows the Defendants to address Plaintiffs' arguments and authorities, which is essential to the rigorous analysis the Court undertakes to ensure that the requirements of Federal Rule of Civil Procedure 23 are satisfied.

As such, there is good cause to allow Defendants to reply to the authorities upon which Plaintiffs rely in its Opposition so that the Defendants' may demonstrate that the cases and misstated facts do not support denial of their Motion for Protective Order.

WHEREFORE, Defendants' Complete Care Centers, LLC, f/k/a Integrative Physical Medicine Holding, LLC, Marc G. Ott and Bret G. Scheuplein respectfully requests that this Court GRANT Defendants' Motion for Leave to file a reply brief in support of their Motion For HIPAA Qualified Protective Order And Incorporated Memorandum Of Law at a maximum of 15 pages and no later than February 1, 2021. And in addition, Plaintiff hereby requests oral argument on their Motion For HIPAA Qualified Protective Order.

**CERTIFICATE OF GOOD FAITH CONFERENCE**
**PURSUANT TO LOCAL RULE 3.01(g)**

The undersigned hereby certifies that on Friday, January 15, 2021, Defendants' counsel contacted counsel for Plaintiffs' via electronic mail in a good faith effort to resolve the issues raised in the instant motion. The State Farm Plaintiffs' oppose the relief sought in this motion.

Dated: January 18, 2021

Respectfully submitted,

By: */s/ Bruce S. Rosenberg*            Jason Goldman, Esq., FBN 72527
Bruce S. Rosenberg, Esq.             DAVIS GOLDMAN, PLLC
Fla. Bar No. 994782                    1441 Brickell Ave, Suite 1400
Alexis Rosenberg, Esq.               Miami, FL 33131
Fla. Bar No. 335400                    Tel: (305) 800-6673
ROSENBERG LAW, P.A.            jgoldman@davisgoldman.com
6950 Cypress Road, Suite 107       *Counsel for Defendants*
Plantation, Florida 33317
Telephone: (954) 790-6100
service@rosenberglawpa.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2021, the foregoing document was served on the following counsel via transmission of Notices of Electronic Filing generated by CM/ECF:

                                                     By:     /s/ Alexis Rosenberg
                                                                Alexis Rosenberg, Esq.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 11, 2021, the foregoing document was served on the following counsel via transmission of Notices of Electronic Filing generated by CM/ECF:

                                  By:    /s/ Alexis Rosenberg
                                              Alexis Rosenberg, Esq.