UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No: 6:20-cv-1240-Orl-WWB-EJK

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, and STATE
FARM FIRE AND CASUALTY
COMPANY,

    Plaintiffs,
vs.

COMPLETE CARE CENTERS, LLC,
F/K/A INTEGRATIVE PHYSICAL
MEDICINE HOLDING, LLC,
MARC G. OTT, and BRET G.
SCHEUPLEIN,

    Defendants.
_____/

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' SHORT FORM MOTION TO COMPEL PLAINTIFFS TO PRODUCE A PRODUCTION LOG IDENTIFYING BY BATES NUMBER WHICH DOCUMENTS ARE RESPONSIVE TO WHICH REQUESTS FOR PRODUCTION**

Defendants' Short Form Motion to Compel Plaintiffs to Produce a Production Log Identifying by Bates Number Which Documents Are Responsive to Which Requests for Production [ECF No. 104] (the "Motion to Compel") should be denied in its entirety.

First, Plaintiffs have not "produced over _160,000_ documents *en masse*" as Defendants contend. Rather, Plaintiffs produced 78,270 documents totaling 161,472 pages in seven productions. The chart below summarizing Plaintiffs' productions dispels any notion they engaged in a "data dump":

| Production No. | Description of Production | Bates Range |
|---|---|---|
| 1 | Claim file records for seven patients served in response to Complete Care's First Request for Production. (First part of rolling production) | SF000001PROD-SF004182PROD |
| 2 | Explanations of Review for Central Florida Imaging and Interventional Associates served in response to Complete Care's First Request for Interrogatories | SF004183PROD-SF013079PROD |
| 3 | Recorded statements served in response to Complete Care's Second Request for Production | SF013080PROD-SF014552PROD |
| 4 | Explanations of Review for Integrative Physical Medicine and Complete Care served in response to Complete Care's Third Request for Production | SF014553PROD-SF123795PROD |
| 4-1 | NICB related documents served in response to Complete Care's Third Request for Production | SF123796PROD-SF123798PROD |
| 5 | Claim file records for twenty patients served in response to Complete Care's First Request for Production. (Second part of rolling production) | SF123799PROD-SF127342PROD |
| 6 | Deposition and EUO transcripts served in response to Complete Care's First Request for Production (Produced following a conferral) | SF127343PROD-SF128605PROD |
| 7 | Logs of No-Fault Benefits paid by Plaintiffs served in response to Complete Care's Fourth Request for Production | SF128606PROD-SF161472PROD |

Second, Defendants' demand for a "production log" is not supported by the Federal Rules. Rule 34(b)(2)(E)(i) only applies to "documents" and not the electronically stored information produced by Plaintiffs.[1] Indeed, the "drafters of 34(b)(2)(E) contemplated that parties requesting ESI would be able to organize it

---

[1] All but six documents came from Plaintiffs' proprietary relational database—Enterprise Claims System ("ECS").

2

themselves…through the use of text-searching technologies." *Anderson Living Tr. v. WPX Energy Prod., LLC*, 298 F.R.D. 514, 527 (D.N.M. 2014); *see also* The Sedona Conference, *The Sedona Principles, Third Edition: Best Practices, Recommendations & Principles for Addressing Electronic Document Production*, 19 Sedona Conf. J. 1, 182–84 (2018).  Regardless, Plaintiffs identified which records corresponded to each request in their discovery responses. *See* Motion to Compel at Exhibits B-C.

Finally, Defendants' contention Plaintiffs' productions are unusable also fails.  Plaintiffs' production is searchable and contains the following metadata fields: Document ID, Claim Number, and Bates Number. *See Kissing Camels Surgery Center, LLC v. Centura Health Corporation*, 2016 WL 277721 (D. Colo. 2016)(finding ESI reasonably usable if searchable); Fed. R. Civ. P. 34(b)(2)(E)(ii). Moreover, to further assist Defendants, Plaintiffs produced an addition metadata field—category—on April 12, 2021 which allows all documents, or documents associated with certain claim numbers, to be grouped by general content. *See* **Exhibit 1**. Defendants fail to explain why the records and metadata produced by Plaintiffs are insufficient or why Plaintiffs should be required to do more. Defendants' motion must be denied.

## Request for Additional Briefing

Pursuant to the Standing Order on Discovery Motions [ECF No. 8], Plaintiffs request additional briefing to address the issues raised in the Motion to Compel.

3

Dated: April 13, 2021

Respectfully submitted,

By: */s/ David I. Spector*
David I. Spector, **Trial Counsel**
Fla. Bar No. 086540
James J. Duffy
Fla. Bar No. 0068662
**HOLLAND & KNIGHT LLP**
777 South Flagler Drive, Suite 1900
West Palm Beach, Florida 33401
Telephone: (561) 833-2000
Facsimile: (561) 650-8399
david.spector@hklaw.com
james.duffy@hklaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or Parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          */s/ David I. Spector*
                                          DAVID I. SPECTOR
                                          Fla. Bar No. 086540

## SERVICE LIST

| | |
|---|---|
| BRUCE S. ROSENBERG<br>Rosenberg Law, PA<br>2835 NW Executive Center Drive<br>Suite 100<br>Boca Raton, FL 33431<br>rosenberg@rosenberglawpa.com<br><br>ALEXIS ROSENBERG<br>Rosenberg Law, P.A.<br>1895 Floyd Street, Suite B<br>Boca Raton, FL 34239<br>941/373-6777<br>Fax: 941/893-1410<br>arosenberg@rosenberglawpa.com<br><br><br>*Attorneys for Complete Care Centers, LLC, f/k/a Integrative Physical Medicine Holding, LLC, Marc G. Ott, and Bret G. Scheuplein* | JASON NEIL GOLDMAN<br>Davis Goldman, PLLC<br>1441 Brickell Avenue, Suite 1400<br>Miami, FL 33131<br>305-800-6673<br>Fax: 954/713-2713<br>jgoldman@davisgoldman.com |

#83685343_v2