UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY et al

      Plaintiffs,

v.                          Case No. 6:20-cv-1240-WWB-EJK

COMPLETE CARE CENTERS, LLC, et al

      Defendants.

| | | | |
|---|---|---|---|
| **UNITED STATES MAGISTRATE JUDGE:** | Embry J. Kidd | **VIRTUAL:** | ZOOM |
| **DEPUTY CLERK:** | T. LeGros | **COUNSEL FOR PLAINTIFF:** | David Spector<br>James Duffy |
| **ZOOM RECORDING:** | Digital<br>Orlando_Digital_Transcripts<br>@flmd.uscourts.gov | **COUNSEL FOR DEFENDANT:** | Bruce Rosenberg<br>Alexis Rosenberg |
| **DATE/TIME:**<br><br>**TOTAL TIME:** | October 18, 2021<br>1:07 P.M.- 2:09 P.M.<br>1 hour 2 minutes | | |

**CLERK'S MINUTES**
**MOTION HEARING (Docs. 192, 193)**

Case called, appearances made, procedural setting by the Court.
Hearing proceeds on the above referenced motions as stated on the record.
Order on motions to enter.
Court adjourned.