UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY and STATE FARM
FIRE AND CASUALTY
COMPANY,

      Plaintiffs,

v.     Case No: 6:20-cv-1240-WWB-EJK

COMPLETE CARE CENTERS,
LLC, MARC G. OTT, and BRET G.
SCHEUPLEIN,

      Defendants.

## ORDER

Before the Court is Defendants' Motion for Leave to File 'Reply' to Plaintiffs' Response in Opposition to Defendants' Objections to Magistrate Order. (Doc. 240.) The Court does not require a response from Plaintiffs.

Local Rule 3.01(d) generally requires leave of Court to file "a reply directed to a response." Notably, Defendants do not purport to direct their reply to anything in Plaintiffs' response. To the contrary, Defendants believe "[i]t is imperative that this *new information* be brought to the attention of this Court." (Doc. 240 at 3 (emphasis added).) Of course, if the Court were to allow Defendants to brief this "new information," Plaintiffs would undoubtedly request an opportunity to respond, putting

the Court "in the position of refereeing an endless volley of briefs." *Garrison v. Ne. Ga. Med. Ctr., Inc.*, 66 F. Supp. 2d 1336, 1340 (N.D. Ga. 1999).

Moreover, since the reply would concern "new information," it should go without saying that the information was not presented to the undersigned to address with respect to the underlying motion to compel. Defendants nevertheless erase any doubt: "This information was previously unknown and unavailable to Defendants and therefore such information could not be brought to the attention of this Court for consideration in the determination of Defendants discovery request." (Doc. 240 at 3.) That being the case, the undersigned's Order cannot be clearly erroneous or contrary to law regarding this "new information" that had not been presented at the time the Order was issued. Therefore, the "new information" is irrelevant to the Court's consideration of Defendants' objections to the undersigned's Order. A reply to a response to objections to an Order is not the proper mechanism to present new information to the Court.

Accordingly, the Motion is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on November 23, 2021.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE