**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY and STATE FARM**
**FIRE AND CASUALTY COMPANY,**

        Plaintiffs,

v.   Case No. 6:20-cv-1240-WWB-EJK

**COMPLETE CARE CENTERS, LLC, MARC G.**
**OTT and BRET G. SCHEUPLEIN,**

        Defendants.

| UNITED STATES MAGISTRATE JUDGE: | Embry J. Kidd | VIRTUAL: | ZOOM |
|---|---|---|---|
| DEPUTY CLERK: | T. LeGros | COUNSEL FOR PLAINTIFF: | David Spector<br>James Duffy |
| COURT REPORTER: | Suzanne Trimble<br>trimblecourtreporter@gmail.com | COUNSEL FOR DEFENDANT: | Bruce Rosenberg<br>Alexis Rosenberg |
| DATE/TIME:<br><br>TOTAL TIME: | December 23, 2021<br>9:30 A.M.- 10:48 A.M.<br>1:18 | | |

**CLERK'S MINUTES**
**MOTION HEARING**
**(Docs. 243, 246, 247, 252, 261-264)**

Case called, appearances made, procedural setting by the Court.
Hearing proceeds on the above referenced motions as stated on the record.
Order on motions to enter.
Court adjourned.