# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

Case No: 6:20-cv-1240-Orl-WWB-EJK

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, and STATE
FARM FIRE AND CASUALTY
COMPANY,

       Plaintiffs,

vs.

COMPLETE CARE CENTERS, LLC,
F/K/A INTEGRATIVE PHYSICAL
MEDICINE HOLDING, LLC,
MARC G. OTT, and BRET G.
SCHEUPLEIN,

       Defendants.

COMPLETE CARE CENTERS, LLC, a Florida
Limited Liability Company,

       Counter-Plaintiff

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, and STATE
FARM FIRE AND CASUALTY
COMPANY,

       Counter-Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING DEPOSITION TRANSCRIPT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Plaintiffs, State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company (the "State Farm Plaintiffs"), file the attached deposition transcript of **BRET SCHEUPLEIN** taken on December 7, 2021, in support of State Farm Plaintiffs forthcoming Motion for Summary Judgment. Because Defendants have designated this

1

transcript and certain exhibits marked in this deposition as Confidential, State Farm Plaintiffs pursuant to Local Rule 1.11(d) are filing a placeholder identifying those documents designated as Confidential by Defendants.

Dated: January 31, 2022                                  Respectfully submitted,

By: */s/ David I. Spector*
David I. Spector, **Trial Counsel**
Fla. Bar No. 086540
James J. Duffy
Fla. Bar No. 0068662
**HOLLAND & KNIGHT LLP**
777 South Flagler Drive, Suite 1900
West Palm Beach, Florida  33401
Telephone:  (561) 833-2000
Facsimile:   (561) 650-8399
david.spector@hklaw.com
james.duffy@hklaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, a true and correct copy of the foregoing was served via CM/ECF on all counsel of record on the below Service List.

*/s/ David I. Spector*
DAVID I. SPECTOR
Fla. Bar No. 086540

## SERVICE LIST

| | |
|---|---|
| BRUCE S. ROSENBERG<br>ALEXIS ROSENBERG<br>Rosenberg Law, PA<br>6950 Cypress Road, Suite 107<br>Plantation, FL 33317<br>(954) 790-6100<br>rosenberg@rosenberglawpa.com<br>arosenberg@rosenberglawpa.com<br><br>*Attorneys for Defendants* | |