# EXHIBIT A

**Deposition Transcript of Bret Scheuplein**
**Designated as Confidential by Defendants**