# EXHIBIT 77

# BRET SCHEUPLEIN, D.C.

Phone: 407-839-1045  
drscheuplein@complete-care.com

555 Winderley Pl  
Maitland, FL 32751

## EDUCATION

Life Chiropractic College, Marietta, GA — 2002  
Doctor of Chiropractic

University of Illinois, Champaign, IL — 1998  
Bachelor of Science in Business

## CERTIFICATIONS/LICENSURE

Doctor of Chiropractic Licensed in the State of Florida — 2003-Present  
License #CH 8623

National Board of Chiropractic Examiners, Part I — 1999

National Board of Chiropractic Examiners, Part II — 2001

National Board of Chiropractic Examiners, Part III — 2001

National Board of Chiropractic Examiners, Part IV — 2002

## POST - GRADUATE QUALIFICATIONS AND CERTIFICATIONS

Trauma Qualified — 2016

Evaluation and Management Qualified — 2020

Interprofessional Hospital Qualified — 2020

## SELECTED MEMBERSHIPS

Florida Chiropractic Association Member

## SELECTED POST-GRADUATE EDUCATION

*Impairment Rating Certification, The understanding and utilization of the protocols and parameters of the AMA Guide to the Evaluation of Permanent Impairment 6th Edition. Spine, neurological sequlla, migraine, sexual dysfunction, sleep and arousal disorders, station and gait disorders and consciousness are detailed for impairment rating. Herniated Discs, radiculopathy, fracture,*

Dr. Bret Scheuplein- 1

**Exhibit 77**  
Bret Scheuplein

*dislocation and functional loss are also detailed in relation to impairment ratings.* CMCS Post Doctoral Education Division, New York Chiropractic Council, New York State Education Department, Long Island, NY, 2009

Neurodiagnostics, Imaging Protocols and Pathology of the Trauma Patient, *An in-depth understanding of the protocols in triaging and reporting the clinical findings of the trauma patient. Maintaining ethical relationships with the medical-legal community.* CMCS Post Doctoral Division, New York Chiropractic Council, New York State Department of Education Board for Chiropractic, Long Island, NY, 2009

Diagnostics, Risk Factors, Clinical Presentation and Triaging the Trauma Patient, *An extensive understanding of the injured with clinically coordinating the history, physical findings and when to integrate neurodiagnostics. An understanding on how to utilize emergency room records in creating an accurate diagnosis and the significance of "risk factors" in spinal injury.* CMCS Post Doctoral Division, New York Chiropractic Council, New York State Education Department Board for Chiropractic, Long Island, NY, 2009

Crash Dynamics & its Relationship to Causality, *An extensive understanding of the physics involved in the transference of energy from the bullet car to the target car. This includes G's of force, Newtons, gravity, energy, skid marks, crumple zones, spring factors, event data recorder and the graphing of the movement of the vehicle before, during and after the crash. Determining the clinical correlation of forces and bodily injury.* CMCS Post Doctoral Division, New York Chiropractic Council, New York State Education Department Board for Chiropractic, Long Island, NY, 2009

MRI, Bone Scan & X-Ray Protocols, Physiology and Indications for the Trauma Patient, *MRI interpretation, physiology, history and clinical indications, Bone Scan interpretation, physiology and clinical indications, x-ray clinical indications for the trauma patient.* CMCS Post Doctoral Division, New York Chiropractic Council, New York State Education Department Board for Chiropractic, Long Island, NY, 2009

Neurodiagnostic Testing Protocols, Physiology and Indications for the Trauma Patient, *Electromyography (EMG), Nerve Conduction Velocity (NCV), Somato Sensory Evoked Potential (SSEP), Visual Evoked Potential (VEP), Brain Stem Auditory Evoked Potential (BAER) and Visual-Electronystagmosgraphy (V-ENG) interpretation, protcols and clinical indications for the trauma patient.* CMCS Post Doctoral Division, New York Chiropractic Council, New York State Education Department, Board for Chiropractic, Long Island, NY, 2009

Documentation and Reporting for the Trauma Victim, *Understanding the necessity for accurate documentation and diagnosis utilizing the ICD-9 and the CPT to accurately describe the injury through diagnosis. Understanding and utilizing state regulations on reimbursement issues pertaining to healthcare.* CMCS Post Doctoral Division, New York Chiropractic Council, New York State Education Department, Board for Chiropractic, Long Island, NY, 2009

Documenting Clinically Correlated Bodily Injury to Causality, *Understanding the necessity for accurate documentation, diagnosis and clinical correlation to the injury when reporting injuries in the medical-legal community. Documenting the kinesiopathology, myopathology, neuropathology, pathophysiology in both a functional 3 and structural paradigm.* CMCS Post Doctoral Division, New

York Chiropractic Council, New York State Education Department, Board for Chiropractic, Long Island, NY, 2009

MRI Physics and History, *Magnetic fields, T1 and T2 relaxations, nuclear spins, phase encoding, spin echo, T1 and T2 contrast, magnetic properties of metals and the historical perspective of the creation of NMR and MRI*. CMCS Post Doctoral Division, New York Chiropractic Council, New York State Department of Education, Board for Chiropractic, Terry Button PhD, Medical Physicist, Long Island, NY, 2009

MRI Anatomy & History, *Normal anatomy of axial and sagittal views utilizing T1, T2, 3D Gradient and STIR sequences of imaging. Standardized and desired protocols in views and sequencing of MRI examination to create an accurate diagnosis in MRI*. CMCS Post Doctoral Division, New York Chiropractic Council, New York State Department of Education, Board for Chiropractic, Robert Peyster MD, Neuroradiologist, Long Island, NY, 2009

MRI Disc Pathology & Spinal Stenosis, *MRI interpretation of bulged, herniated, protruded, extruded sequestered and fragmented disc pathologies in etiology and neurological sequellae in relationship to the spinal cord and spinal nerve roots*. CMCS Post Doctoral Division, New York Chiropractic Council, New York State Department of Education, Board for Chiropractic, Robert Peyster MD, Neuroradiologist, Long Island, NY, 2009

MRI Spinal Pathology, *MRI interpretation of bone, intradural, extradural, cord and neural sleeve lesions. Tuberculosis, drop lesions, metastasis, ependymoma, schwanoma and numerous other spinal related tumors and lesions*. CMCS Post Doctoral Division, New York Chiropractic Council, New York State Department of Education, Board for Chiropractic, Robert Peyster MD, Neuroradiologist, Long Island, NY, 2009

MRI Methodology of Analysis, *MRI interpretation sequencing of the cervical, thoracic and lumbar spine inclusive of T1, T2, STIR and 3D gradient studies to ensure the accurate diagnosis of the region visualized*. CMCS Post Doctoral Division, New York Chiropractic Council, New York State Department of Education, Board for Chiropractic, Robert Peyster MD, Neuroradiologist, Long Island, NY, 2009

MRI Clinical Application, *The clinical application of the results of space occupying lesions. Disc and tumor pathologies and the clinical indications of manual and adjustive therapies in the patient with spinal nerve root and spinal cord insult as sequellae*. CMCS Post Doctoral Division, New York Chiropractic Council, New York State Department of Education, Board for Chiropractic, Magdy Shady MD, Neurosurgeon, Long Island, NY, 2009

Introduction to Principles and Practices of Electrodiagnostics; *Peripheral nerve pathologies, causes, treatments and classifications of nerve injury. Emphasis placed on 4 differential diagnoses and the understanding, performance and interpretation of motor and sensory nerve conduction studies, F and H waves and various techniques used in nerve conduction studies.* Neurodiagnostics Institute LLC, sponsored by New York Chiropractic College and Palmer College of Chiropractic, and approved by the International Board of Electrodiagnosis. 2011

Neuropathy and Radiculopathy of the Upper Extremity; *Peripheral nerve pathologies, causes, treatments and classifications of nerve injury.* Neurodiagnostics Institute LLC, sponsored by New York Chiropractic College and Palmer College of Chiropractic, and approved by the International Board of Electrodiagnosis. 2011

Dr. Bret Scheuplein- 3

Motor and Sensory Nerve Conduction Studies of the Upper Extremity Practicum Laboratory; *Detailed practicums that allow the development of confidence, experience and ability to trouble shoot in regards to technique. Administration of controlled electrical impulses as well as the receiving of controlled electrical impulses*. Neurodiagnostics Institute LLC, sponsored by New York Chiropractic College and Palmer College of Chiropractic, and approved by the International Board of Electrodiagnosis. 2011

Neuropathy and Radiculopathy of the Lower Extremity; *Peripheral nerve pathologies, causes, treatments and classifications of nerve injury*. Neurodiagnostics Institute LLC, sponsored by New York Chiropractic College and Palmer College of Chiropractic, and approved by the International Board of Electrodiagnosis. 2011

Motor and Sensory Nerve Conduction Studies of the Lower Extremity Practicum Laboratory; *Detailed practicums that allow the development of confidence, experience and ability to trouble shoot in regards to technique. Administration of controlled electrical impulses as well as receiving controlled electrical impulses*. Neurodiagnostics Institute LLC, sponsored by New York Chiropractic College and Palmer College of Chiropractic, and approved by the International Board of Electrodiagnosis. 2011

Introduction to Needle Electromyography; *Application of electromyography of the upper and lower extremities as well as paraspinal studies will be discussed in detail. In depth understanding and interpretation of electromyography as well as aspects of safety, needle disposal, waveform morphology and appropriate needle insertion techniques as well as muscle identification and activation. Detailed discussions on various aspects of muscle disease and pathologies that are demonstrated with electromyography*. Neurodiagnostics Institute LLC, sponsored by New York Chiropractic College and Palmer College of Chiropractic, and approved by the International Board of Electrodiagnosis. 2011

*Needle EMG of the Upper and Lower Extremity and Practicum Laboratory;Performance and interpretation of electromyography as well as aspects of safety, needle disposal, waveform morphology and appropriate needle insertion techniques as well as muscle identification and activation. Hands on practicum to develop confidence, gain experience and learn to trouble shoot in regards to technique and performance*. Neurodiagnostics Institute LLC, sponsored by New York Chiropractic College and Palmer College of Chiropractic, and approved by the International Board of Electrodiagnosis. 2011

Evoked Potentials (SEP, DEP); *Breadth, depth and application will be discussed in regards to various evoked potential studies including upper and lower extremity somatosensory studies as well as brainstem and auditory evoked potential studies. In depth understanding, performance and interpretation of the aforementioned evoked potential studies. Discussions over various pathologies and diseases that can be observed and demonstrated with evoked potential testing. Administration of controlled electrical impulses and recipient of controlled electrical impulses*. Neurodiagnostics Institute LLC, sponsored by New York Chiropractic College and Palmer College of Chiropractic, and approved by the International Board of Electrodiagnosis. 2011

Case Reviews, Interpretive Report Writing, Coding and Reimbursement; *In depth case interpretation and differential diagnosis based on complete history, physical exam, imaging and electrodiagnostic*

Dr. Bret Scheuplein- 4

test results. Extensive report writing based on numerical data and wave morphology with respect to relevant physical exam and imaging findings. Electrodiagnostic coding with an in depth understanding of medical necessity and proper documentation. Neurodiagnostics Institute LLC, sponsored by New York Chiropractic College and Palmer College of Chiropractic, and approved by the International Board of Electrodiagnosis. 2011

Electrodiagnostic Certification Examination; *150 hours of advanced study in electrodiagnostics*. Neurodiagnostics Institute LLC, sponsored by New York Chiropractic College and Palmer College of Chiropractic, and approved by the International Board of Electrodiagnosis. 2011

Patient Intake, History and Physical Examination, *Determining the etiology of the patient's complaints in a traumatic or non-traumatic scenario. Analyzing the patient's past history and review of systems along with the performance of a complete orthopedic, neurological and clinical examination to correlate both past, current and causality issues to formulate an accurate diagnosis, prognosis and treatment plan*. Academy of Chiropractic, Post Doctoral Division, New York Chiropractic Council, New York State Education Department, Long Island, NY, 2010

Medical-Legal Ethical Relationships, Documentation and Legal Testimony, *Report writing for legal cases, the 4 corners of a narrative and documenting damages with understanding defense medical documentation and consistent reporting of bodily injuries*, Academy of Chiropractic, Post-Doctoral Division, PACE approved of the Federation of Chiropractic Licensing Boards, Cleveland University-Kansas City, College of Chiropractic, Long Island NY, 2019

Medical-Legal Ethical Relationships, Documentation and Legal Testimony, Part 2, *Understanding report writing and the types of medical reports required for court inclusive of diagnosis, prognosis and treatment plans with requirements of reporting causality and permanency*, Academy of Chiropractic, Post-Doctoral Division, PACE approved of the Federation of Chiropractic Licensing Boards, Cleveland University-Kansas City, College of Chiropractic, Long Island NY, 2019

Medical-Legal Ethical Relationships, Documentation and Direct Testimony, *Organizing your documentation and understanindg all collaborative documentation and how it fits into your diagnosis, prognosis and treatment plan, Understanding the nuances of the functional losses of your patients related to their bodily injuries*, Academy of Chiropractic, PostDoctoral Division, PACE approved of the Federation of Chiropractic Licensing Boards, Cleveland University-Kansas City, College of Chiropractic, Long Island NY, 2019

Medical-Legal Ethical Relationships, Documentation and Direct Testimony Part 2, *Utilizing demonstrative documentation in direct examination and communicating the results of your care concurrently with the written documentation and reporting an accurate diagnosis for all images*, Academy of Chiropractic, Post-Doctoral Division, PACE approved of the Federation of Chiropractic Licensing Boards, Cleveland University-Kansas City, College of Chiropractic, Long Island NY, 2019

Medical-Legal Ethical Relationships, Documentation and Direct Testimony Part 3, *The evaluation, interpretation and reporting of collaborative medical specialists results and concluding an accurate diagnosis inclusive of all findings and reviewing all images to ensure an accurate diagnosis*, Academy of Chiropractic, Post-Doctoral Division, PACE approved of the Federation of Chiropractic Licensing Boards, Cleveland University-Kansas City, College of Chiropractic, Long Island NY, 2019

Dr. Bret Scheuplein- 5

Medical-Legal Ethical Relationships, Documentation and Direct Testimony Part 4, *Determining and documenting disabilities and impairments inclusive of loss of enjoyment of life and duties under duress and the evaluation and validation of pain and suffering*, Academy of Chiropractic, Post-Doctoral Division, PACE approved of the Federation of Chiropractic Licensing Boards, Cleveland University-Kansas City, College of Chiropractic, Long Island NY, 2019

Medical-Legal Ethical Relationships, Documentation and Cross Examination Testimony, *Reporting your documentation factually and staying within the 4 corners of your medical report and scope of practice inclusive of understanding how your credentials allow you to report your documentation*, Academy of Chiropractic, Post-Doctoral Division, PACE approved of the Federation of Chiropractic Licensing Boards, Cleveland UniversityKansas City, College of Chiropractic, Long Island NY, 2019

Medical-Legal Ethical Relationships, A Documentation Relationship Between the Doctor and Lawyer, *The level of organization required in a medical-legal case that accurately reflects the bodily injuries of your patients and the time constraints in rendering an accurate report*, Academy of Chiropractic, Post-Doctoral Division, PACE approved of the Federation of Chiropractic Licensing Boards, Cleveland University-Kansas City, College of Chiropractic, Long Island NY, 2019

Medical-Legal Ethical Relationships, Report Writing and Preparing for a Legal Case, *Reviewing the facts of the case inclusive of your documentation, the defense medical examiner, medical specialists and the attorney to ensure accurate and consistent reporting,* Academy of Chiropractic, Post-Doctoral Division, PACE approved of the Federation of Chiropractic Licensing Boards, Cleveland University-Kansas City, College of Chiropractic, Long Island NY, 2019

Medical-Legal Ethical Relationships, Report Writing and Preparing for a Legal Case, *Creating demonstrative evidence, visuals of your patient's bodily injuries inclusive of x-rays, MRI's, CAT Scans and electrodiagnostic findings, the spinal biomechanics of herniated disc with ipsilateral findings and contralateral symptomatology*, Academy of Chiropractic, Post-Doctoral Division, PACE approved of the Federation of Chiropractic Licensing Boards, Cleveland University-Kansas City, College of Chiropractic, Long Island NY, 2019

Traumatic Brain Injury and Concussion Overview: *This section is an in-depth overview of traumatic brain injury in concussion. It discusses that all brain injuries are traumatic and dispels the myth of a "mild traumatic brain injury." Also, this covers triage protocols and the potential sequela of patients with traumatic brain injuries*. Cleveland University, Kansas City, PACE Recognized by the Federation of Chiropractic Licensing Boards, Academy of Chiropractic, Post-Doctoral Division, Long Island NY, 2019

Head Trauma and Traumatic Brain Injury Part 1: *This section discusses gross traumatic brain injuries from trauma and significant bleeding with both epidural and subdural hematomas. There are numerous case studies reviewed inclusive of neurosurgical intervention and postsurgical outcomes*. Cleveland University, Kansas City, PACE Recognized by the Federation of Chiropractic Licensing Boards, Academy of Chiropractic, Post-Doctoral Division, Long Island NY, 2019

Head Trauma and Traumatic Brain Injury Part 2: *This section continues with multiple case studies of gross traumatic brain injuries from trauma requiring neurosurgical intervention and also discusses recovery sequela based upon the significance of brain trauma. This module also concludes with concussion protocols in traumatic brain injury short of demonstrable bleeding on advanced imaging*.

DFS RESP 0032798

Cleveland University, Kansas City, PACE Recognized by the Federation of Chiropractic Licensing Boards, Academy of Chiropractic, Post-Doctoral Division, Long Island NY, 2019

Concussion And Electroencephalogram Testing: *This this section covers concussion etiology and cognitive sequela where gross bleeding has not been identified on advanced imaging. It discusses the significance of electroencephalogram testing in determining brain function and pathology (if present). This module also covers the understanding of waveforms in electroencephalogram testing in both normal and abnormal scenarios*. Cleveland University, Kansas City, PACE Recognized by the Federation of Chiropractic Licensing Boards, Academy of Chiropractic, Post-Doctoral Division, Long Island NY, 2019

Concussion and Electroencephalogram Testing Pathological Results: *This module covers amplitude, conduction and conduction delays as sequela to traumatic brain injury to diagnose concussion and traumatic brain injury in the absence of gross bleeding and advanced imaging. This section covers electroencephalograms and event-related potentials which measures the brain response that is a direct result of specific sensory or motor events. It is a stereotype electrophysiological response to a stimulus and provides a noninvasive means of evaluating brain function. In this module multiple case studies are discussed with ensuing triage protocols pending the results*. Cleveland University, Kansas City, PACE Recognized by the Federation of Chiropractic Licensing Boards, Academy of Chiropractic, Post-Doctoral Division, Long Island NY, 2019

Interprofessional Hospital Based Spine Care, *Trends in hospital and emergent care in the healthcare delivery system inclusive of policies, hospital staffing and current care paths for mechanical spine issues*. Cleveland University Kansas City, Academy of Chiropractic PostDoctoral Division, Long Island, NY, 2019

Neurology of Ligament Pathology- Normal Morphology and Tissue Damage, *Connective tissue morphology, embryology and wound repair as sequalae to trauma. Full components of strain-sprain models and permanency implications with wound repair and osseous aberration with aberrant structural integrity*. Academy of Chiropractic, Post-Doctoral Division, PACE Approved for the Federation of Chiropractic Licensing Board, College of Chiropractic, Long Island, NY, 2019

Neurology of Ligament Pathology- Spinal Biomechanics and Disc Pathology, *Disc pathology as sequella to trauma; herniation, extrusion, protrusion, sequestration and how the spinal unit as one system creates homeostasis to balance the pathology*. Academy of Chiropractic, Post-Doctoral Division, PACE Approved for the Federation of Chiropractic Licensing Board, College of Chiropractic, Long Island, NY, 2019

Neurology of Ligament Pathology- Neurological Innervation, *The peripheral and central innervation of the disc and spinal ligaments of the dorsal root ganglion, spinal thalamic tracts, periaqueductal gray areas innervating the Thalamus and multiple regions of the brain. The efferent neurological distribution to disparate areas of the spine to create homeostatis until tetanus ensues creating osseous changes under the effect of Wolff's Law*. Academy of Chiropractic, Post-Doctoral Division, PACE Approved for the Federation of Chiropractic Licensing Board, College of Chiropractic, Long Island, NY, 2019

Triaging the Trauma and Non-Trauma Patients, *Correlating clinical findings and the patient history in determining the correct course of care in triaging the patient utilizing orthopedic and neurological*

Dr. Bret Scheuplein- 7

*evaluations in the clinical setting. Understanding the parameters for immediate referrals vs. following the continuum of care to determine the necessity for referrals.* Academy of Chiropractic Post-Doctoral Division, Long Island, NY, 2019

Trends in Spinal Treatment, *Migration of spinal care for mechanical spine issues from hospitals and medical specialists to trauma qualified chiropractors based upon published outcomes. Utilizing imaging studies in spinal biomechanics, pain models and clinical outcomes to determine a conclusive diagnosis, prognosis and treatment plan for triaging in 9 a collaborative environment.* Cleveland University Kansas City, Chiropractic and Health Sciences, Academy of Chiropractic Post-Doctoral Division, Long Island, NY, 2019

Neurology of Spinal Biomechanics, *Understanding the normal of spinal biomechanics and the neurotransmitters required for homeostasis. The interconnected role of Pacinian Corpuscles, Ruffini Corpuscles, Golgi Organ Receptors, Nociceptors, Proprioreceptors and Mechancoreceptors in maintaining sagittal and axial alignment in the presence of mechanical pathology.* Cleveland University Kansas City, Chiropractic and Health Sciences, Academy of Chiropractic Post-Doctoral Division, Long Island, NY, 2019

MRI Age-Dating of Herniated Discs, *The literature, academic and clinical standards to age-date herniated discs. The clinical correlation the pain patters with advanced imaging findings of bone edema, spurs based upon the Piezoelectric effect of remodeling, high signal on T2 weighted images, Vacuum Discs and disc heights in determining the time frames of the etiology of the spinal disc pathology.* Cleveland University Kansas City, Chiropractic and Health Sciences, Academy of Chiropractic Post-Doctoral Division, Long Island, NY, 2019

Evaluation and Management, *An overview of the evaluation and management process inclusive of utilizing electronic medical records to conclude evidenced-based conclusions with the utilization of macros. The importance of adhering to an academic standard and considering co-morbidities.* Academy of Chiropractic, Post-Doctoral Division, Long Island, NY, 2019

Evaluation and Management, Concluding a chief complaint, history and what needs to be considered in a physical examination. *This covers in dept the required elements for chief complain, history of present illness, review of systems, and past, family, and/or social history. This module also covers the following components of a physical examination: observation, palpation, percussion, and auscultation.* Academy of Chiropractic, Post Doctoral Division, Long Island, NY, 2019

Evaluation and Management, Coding and Spinal Examination: *Detailing 99202-99205 and 99212-99215 inclusive of required elements for compliant billing. It reviews the elements for an extensive review of systems, cervical and lumbar anatomy and basic testing. The course also covers the basics of vertebra-basilar circulation orthopedic assessment.* Academy of Chiropractic, Post-Doctoral Division, Long Island, NY, 2019

Evaluation and Management, Neurological Evaluation: *Reviewing complete motor and sensory evaluation inclusive of reflex arcs with an explanation of Wexler Scales in both the upper and lower extremities. The course breaks down testing for upper and lower motor neuron lesions along with upper and lower extremity motor and sensory testing examinations.* Academy of Chiropractic, Post-Doctoral Division, Long Island, NY, 2019

Dr. Bret Scheuplein- 8

Evaluation and Management, Documenting Visit Encounters: *Forensically detailing the S.O.A.P. note process for visit encounters and discussing the necessity for clinically correlating symptoms, clinical findings and diagnosis with the area(s) treated. It also details how to modify treatment plans, diagnosis, document collaborative care and introduce test findings between evaluations.* Academy of Chiropractic, Post-Doctoral Division, Long Island, NY, 2019

Evaluation and Management, Case Management and Treatment Orders: *This module discusses how to document a clinically determined treatment plan inclusive of both manual and adjunctive therapies. It discusses how to document both short-term and long-term goals as well as referring out for collaborative care and/or diagnostic testing. It also includes how to prognose your patient and determine when MMI (Maximum Medical Improvement) has been attained.* Academy of Chiropractic, Post-Doctoral Division, Long Island, NY, 2019

Triaging the Trauma and Non-Trauma Patients, *Correlating clinical findings and the patient history in determining the correct course of care in triaging the patient utilizing orthopedic and neurological evaluations in the clinical setting. Understanding the parameters for immediate referrals vs. following the continuum of care to determine the necessity for referrals.* Academy of Chiropractic Post-Doctoral Division, Long Island, NY, 2019

Neurology of Ligament Pathology- Normal Morphology and Tissue Damage, *Connective tissue morphology, embryology and wound repair as sequalae to trauma. Full components of strain-sprain models and permanency implications with wound repair and osseous aberration with aberrant structural integrity.* Academy of Chiropractic, Post-Doctoral Division, PACE Approved for the Federation of Chiropractic Licensing Board, College of Chiropractic, Long Island, NY, 2019

Neurology of Ligament Pathology- Spinal Biomechanics and Disc Pathology, *Disc pathology as sequella to trauma; herniation, extrusion, protrusion, sequestration and how the spinal unit as one system creates homeostasis to balance the pathology.* Academy of Chiropractic, Post-Doctoral Division, PACE Approved for the Federation of Chiropractic Licensing Board, College of Chiropractic, Long Island, NY, 2019

Neurology of Ligament Pathology- Neurological Innervation, *The peripheral and central innervation of the disc and spinal ligaments of the dorsal root ganglion, spinal thalamic tracts, periaqueductal gray areas innervating the Thalamus and multiple regions of the brain. The efferent neurological distribution to disparate areas of the spine to create homeostatis until tetanus ensues creating osseous changes under the effect of Wolff's Law.* Academy of Chiropractic, Post-Doctoral Division, PACE Approved for the Federation of Chiropractic Licensing Board, College of Chiropractic, Long Island, NY, 2019

Computerized Mensuration of Spinal Biomechanical Pathology, *Understanding the algorithmic interpretation of spinal biomechanical pathology in a 3-D model and creating treatment plans, impairment ratings and teaching models based upon the vertebral motor unit angles. Determining sagittal and axial alignments in creating a normative baseline for treatment goals and outcomes.* Academy of Chiropractic Post-Doctoral Division, Long Island NY, 2019

Neurosurgical-Chiropractic Collaboration on Spinal Pathology, *Utilizing x-ray, MRI and other modalities of advanced imaging in conjunction with spinal biomechanical failure and clinical evaluation to collaboratively create treatment protocols for patients in both the operative and non-*

*operative cases. Determining the boundaries of scope of care for both the chiropractor and neurosurgeon based upon a definitive diagnosis of the mechanical vs. 11 an anatomical lesion*. Academy of Chiropractic Post-Doctoral Division, Long Island NY, 2019

Documentation and Ethics in Medical-Legal Relationships, *Creating ethical relationships based upon accurate documentation reflective of the casually related condition of the injured. Ensuring accepted credentials of the doctor based upon Voir Dire standards reflected in an admissible curriculum vitae. How to present demonstrative documentation in the courts reflective of the patient's pathology*. Academy of Chiropractic Post-Doctoral Division, Long Island NY, 2019

Coding, Documentation and Compliant Coding, *Ensuring the correct codes are utilized in an evaluation and management encounter. The correct elements are utilized to support the level of E&M coded along with a self-audit program to ensure ethical billing occurs. Guidelines for history of present illness, primary complaint, review of systems, family, social and past histories are discussed and how to document the same*. Academy of Chiropractic Post-Doctoral Division, Long Island NY, 2019

Hospital Based Spine Care Qualified, *Credentialed in hospital protocols, emergency room protocols, acute and chronic patient triage inclusive of MRI spine interpretation, spinal biomechanical engineering, head trauma, concussion, mild traumatic and traumatic brain injuries*. Co-credentialed through the ACCME (Accreditation Council for Continuing Medical Education), Cleveland University – Kansas City and the Academy of Chiropractic, Long Island, New York, 2019

Ramping Up Your Practice Post-COVID-19 - A Quick Solution Based on Your Documentation & Clinical Excellence, Utilizing your documentation to accurately reflect the Evaluation and Management code billed. Inclusive of a complete current, past history, previous care, and a full review of systems. The management of post-traumatic cases in a collaborative environment in a literature-based standard. Academy of Chiropractic Post-Doctoral Division, Long Island, NY, 2020

Ramping Up Your Practice Post-COVID-19 - A Quick Solution Based on Your Documentation & Clinical Excellence, A case study of managing a patient where the MRI was inaccurate based upon literature standards and the collaboratively working through a system in triaging an extruded disc patient from psychological support to appropriate surgical care. Academy of Chiropractic Post-Doctoral Division, Long Island, NY, 2020

Diagnosing and Case Management, The requirements for diagnosing based upon in an initial evaluation and management encounter ranging from a 99202 – 99205 that includes comorbidities, non-musculoskeletal, and sequellae to injury diagnosis. Academy of Chiropractic Post-Doctoral Division, Long Island, NY, 2020

Diagnosing and Case Management, The requirements for diagnosing imaging inclusive of static x-rays, biomechanical x-rays, and MRI. Documenting the clinical findings of disc bulge, herniation, protrusion, extrusion, and fragmentation. Coding, diagnosing, and documenting individual treatment encounters in the clinical setting. Academy of Chiropractic Post-Doctoral Division, Long Island, NY, 2020

**WORK EXPERIENCE**

Chief Medical Officer, Doctor of Chiropractic 2019- present
Complete Care Centers, LLC d/b/a Integrative Physical Medicine
Orlando, FL

Chief Medical Officer, Doctor of Chiropractic 2012-2019
Integrative Physical Medicine
Orlando, FL

Doctor of Chiropractor 2004-2012
Park Lake Chiropractic
Orlando, FL

Doctor of Chiropractic 2002 – 2004
Yachter Family Chiropractic
Lake Mary, FL

Dr. Bret Scheuplein- 11