

# EXHIBIT 86

**To the Deposition of Bret Scheuplein**
**Designated as Confidential by Defendants**