# EXHIBIT 89

**To the Deposition of Bret Scheuplein**
**Designated as Confidential by Defendants**