## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM FIRE
AND CASUALTY COMPANY,

    Plaintiffs,

v.

CASE NO: 6:20-CV-1240-WWB-EJK

COMPLETE CARE CENTERS, LLC, F/K/A
INTEGRATIVE PHYSICAL MEDICINE
HOLDING, LLC, MARC G. OTT and BRET G.
SCHEUPLEIN

    Defendants.


COMPLETE CARE CENTERS, LLC, a Florida
Limited Liability Company,

    Counter-Plaintiff

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM FIRE
AND CASUALTY COMPANY,

    Counter- Defendants.

_____

### DEFENDANTS NOTICE OF FILING DEPOSITION TRANSCRIPT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants Complete Care Centers, LLC, f/k/a Integrative Physical Medicine Holding, LLC, Marc G. Ott, and Bret G. Scheuplein (herein after "Defendants"), file the attached deposition transcript of Marc Texiera, taken on December 8, 2021, in support of Defendants forthcoming Motion for Summary Judgment. Because Plaintiffs have designated this transcript and certain exhibits marked in this deposition as Confidential, Defendants pursuant to Local Rule

1.11(d) are filing a placeholder identifying those documents designated as Confidential by

Plaintiffs.

Date: February 14, 2022

Respectfully submitted,

/s/ Bruce S. Rosenberg
Bruce S. Rosenberg, FBN 994782
Alexis Rosenberg, FBN 335400
**ROSENBERG LAW, P.A.**
6950 Cypress Road, Suite 107
Plantation, FL 33317
Tel: (954)790-6100

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on the 14th of February, 2022, the foregoing document is being served on all counsel of record, via transmission of Notices of Electronic Filing generated by CM/ECF.

                                               s/Bruce Rosenberg
                                               Bruce Rosenberg, Esq.