# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM FIRE
AND CASUALTY COMPANY,

    Plaintiffs,

v.

COMPLETE CARE CENTERS, LLC, F/K/A
INTEGRATIVE PHYSICAL MEDICINE
HOLDING, LLC, MARC G. OTT and BRET G.
SCHEUPLEIN

    Defendants.

CASE NO: 6:20-CV-1240-WWB-EJK

COMPLETE CARE CENTERS, LLC, a Florida
Limited Liability Company,

    Counter-Plaintiff

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM FIRE
AND CASUALTY COMPANY,

    Counter- Defendants.

_____

## DEFENDANTS NOTICE OF FILING DEPOSITION TRANSCRIPT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants Complete Care Centers, LLC, f/k/a Integrative Physical Medicine Holding, LLC, Marc G. Ott, and Bret G. Scheuplein (herein after "Defendants"), file the attached deposition transcript of Kathy Camps, taken on December 15, 2021, in support of Defendants forthcoming Motion for Summary Judgment. Because Plaintiffs have designated this transcript

1

as Confidential, Defendants pursuant to Local Rule 1.11(d) are filing a placeholder identifying the document designated as Confidential by Plaintiffs.

Date: February 15, 2022

Respectfully submitted,

/s/ Bruce S. Rosenberg
Bruce S. Rosenberg, FBN 994782
Alexis Rosenberg, FBN 335400
**ROSENBERG LAW, P.A.**
6950 Cypress Road, Suite 107
Plantation, FL 33317
Tel: (954)790-6100

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 15th of February, 2022, the foregoing document is being served on all counsel of record, via transmission of Notices of Electronic Filing generated by CM/ECF.

s/Bruce Rosenberg
Bruce Rosenberg, Esq.