# EXHIBIT A

**Deposition Transcript of Harold Haller, PhD**
**Designated as Confidential by Defendants**