UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No: 6:20-cv-1240-Orl-WWB-EJK

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, and STATE
FARM FIRE AND CASUALTY
COMPANY,

       Plaintiffs,

vs.

COMPLETE CARE CENTERS, LLC,
F/K/A INTEGRATIVE PHYSICAL
MEDICINE HOLDING, LLC,
MARC G. OTT, and BRET G.
SCHEUPLEIN,

       Defendants.

COMPLETE CARE CENTERS, LLC, a Florida
Limited Liability Company,

       Counter-Plaintiff

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, and STATE
FARM FIRE AND CASUALTY
COMPANY,

       Counter-Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING EXPERT REPORT IN SUPPORT OF OMNIBUS
MOTION TO EXCLUDE EXPERT OPINION AND TESTIMONY OF
<u>PRACTICE MASTERS EXPERTS</u>**

       Plaintiffs, State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company (the "State Farm Plaintiffs"), file the attached expert report of **PRACTICE MASTERS, INC.,** dated December 3, 2021, in support of State Farm Plaintiffs

1

forthcoming Omnibus Motion to Exclude Expert Opinion and Testimony of Practice Masters Experts.  Because Defendants have designated this expert report as Confidential, State Farm Plaintiffs pursuant to Local Rule 1.11(d) are filing a placeholder identifying the Expert Report is designated as Confidential by Defendants.

Dated: February 16, 2022

Respectfully submitted,

By: /s/ David I. Spector
David I. Spector, **Trial Counsel**
Fla. Bar No. 086540
James J. Duffy
Fla. Bar No. 0068662
**HOLLAND & KNIGHT LLP**
777 South Flagler Drive, Suite 1900
West Palm Beach, Florida  33401
Telephone:  (561) 833-2000
Facsimile:   (561) 650-8399
david.spector@hklaw.com
james.duffy@hklaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2022, a true and correct copy of the foregoing was served via CM/ECF on all counsel of record on the below Service List.

*/s/ David I. Spector*
DAVID I. SPECTOR
Fla. Bar No. 086540

## SERVICE LIST

| | |
|---|---|
| BRUCE S. ROSENBERG<br>ALEXIS ROSENBERG<br>Rosenberg Law, PA<br>6950 Cypress Road, Suite 107<br>Plantation, FL 33317<br>(954) 790-6100<br>rosenberg@rosenberglawpa.com<br>arosenberg@rosenberglawpa.com<br><br>*Attorneys for Defendants* | |

#155054484_v1