# EXHIBIT A

**Expert Report of Practice Masters, Inc.**
**Designated as Confidential by Defendants**