# Exhibit 4

Placeholder for Exemplar Referral Forms for Central Florida Imaging (DFS RESP 0069159; DFS RESP 0096314; COMPLETE CARE-NB_0012235; DFS RESP 0092381; DFS RESP 0063094; COMPLETE CARE-NB_0016637; COMPLETE CARE-NB_00167786; COMPLETE CARE-NB_0019117) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants