# Exhibit 5

Placeholder for Exemplar Referral Forms for Interventional Associates (DFS RESP 0096292; DFS RESP 0057794; DFS RESP 0057402; COMPLETE CARE-NB_0014350; DFS RESP 0126427; COMPLETE CARE-NB_0017852; COMPLETE CARE-NB_0019979) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants