# Exhibit 6

Placeholder for Referrals by Defendant Scheuplein (DFS RESP 0090355; DFS RESP 0096583; DFS RESP0401459; and 6 Referrals produced by Defendants without Bates Labels) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants