# Exhibit 7

Placeholder for Referral Tracker (DFS RESP0223600) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants