# Exhibit 8

Placeholder for New Patient Coordinator Manual (DFS RESP 0037745) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants