# Exhibit 9

Placeholder for 2016-11-29 06:13:53PM Email Re: CFI Schedule (DFS RESP0000000179328) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants