# Exhibit 10

Placeholder for 2018-02-02 08:10:50PM Email Re: MRI Patients (DFS RESP0000000181345) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants