# Exhibit 11

Placeholder for 2016-10-31 06:20:45PM Email
Fw: MRI Scheduling (DFS RESP0000000200237)
pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants