# Exhibit 12

Placeholder for 2017-01-13 04:46:42PM Email Re: Training today (DFS RESP0000000202734) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants