# Exhibit 13

Placeholder for Front Desk Manual (DFS RESP 0114407) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants