# Exhibit 14

Placeholder for Referral Scripts-DC MRI Ordering (DFS RESP0000000182484) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants