# Exhibit 15



# MRI Referral Sources

**Central Florida Imaging**
1343 S. International Parkway, Lake Mary, FL 32746
Phone: 407-965-7250

**Central Florida Imaging**
7494 Cypress Gardens Blvd, Winter Haven, FL, 33884
Phone: 407-961-7250

**Stand Up MRI of Orlando**
2010 South Orange Ave, Orlando, FL 32806
Phone: 407-841-1800

**A1 Medical Imaging**
500 N Semoran Blvd, #103, Orlando, FL 32807
Phone: 407-275-6072

**Professional Imaging Center**
7806 Lake Underhill Road, #101, Orlando, FL 32822
Phone: 407-608-6800

**Sand Lake Imaging**
9350 Turkey Lake Road, Orlando, FL 32819
Phone: 407-363-2772

**Innovative Open MRI**
610 Crescent Executive Ct., Lake Mary, FL 32746
Phone: 407-915-6355

**Central Florida Imaging**
1205 E. Magnolia St. # 109, Lakeland, FL .33801
Phone: 386-274-3636

**MRI Associates**
2946 Lakeland Highlands Rd, Lakeland, FL, 32803
Phone: 863-510-5944

**Advanced Diagnostics Group**
1121 Lakeland Hills Blvd, Lakeland, FL, 33805
Phone: 863-577-0310

**Simon Med**
6000 Turkey Lake Road # 107, Orlando, FL, 32819
Phone: 407-514-1840

**Advanced Imaging**
1639 N. Volusia Ave, Orange City, FL, 32763
Phone: 386-774-7226

**LAD Imaging**
1555 Saxon Blvd, Suite 401, Deltona, FL, 32725
Phone: 386-860-9336