# Exhibit 16



# Specialist Referral Sources

**Interventional Associates, LLC**
225 W. SR 434, Suite 102, Longwood, FL 32750
Phone: 407-608-5638

**Orlando Orthopedic Center**
766 N. Sun Dr. Suite 4000, Lake Mary, Fl 32746
Phone: 407-834-1556

**Sea Spine Orthopedic Institute**
6001 Vineland Rd. Suite 116, Orlando, FL 32819
Phone: 866-816-7846

**Jewett Orthopedic Clinic**
1285 N. Orange Ave, Winter Park, FL 32789
Phone: 407-647-2287

**Dr. Nizam Razack, M.D.**
7460 Docs Grove Circle, Orlando, FL 32819
Phone: 407-903-9360

**NeuLife**
2725 Robie Ave, Mount Dora, FL 32757
Phone: 800-626-3876

**Florida Sports Injury**
1925 Don Wickham Drive, Clermont, FL 34771
Phone: 352-404-8956

**Interventional Associates, LLC**
1205 E. Magnolia Street, Suite 101, Lakeland, FL 33801
Phone: 863-272-7930

**Dr. Marc Sharfman**
2137 West State Road 434, Longwood, FL 32779
Phone: 407-644-3737