# Exhibit 17

Placeholder for CM Region Lead Checklist (script) (DFS RESP 0030681) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants