# Exhibit 18

Placeholder for AHC Monthly meeting notes (script) (DFS RESP 0112649) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants