# Exhibit 19

Placeholder for X-ray check out and MRI referral.mp4 (DFS RESP02245652) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants