# Exhibit 20

Placeholder for MRI and PM Scripts (DFS RESP0000000221920) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants