# Exhibit 21

Placeholder for Front Desk Questions & Rebuttals (DFS RESP0000000210007) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants