# Exhibit 22

Placeholder for Composite Bonus Spreadsheets (DFS RESP0224421 and DFS RESP0224437) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants