# Exhibit 23

Placeholder for 2016-11-18 10:54:57PM Email EOD for CFI 11-18-2016 (DFS RESP0000000205248) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants