# Exhibit 24

Placeholder for 2016-12-02 07:14:52PM - EOD Report for CFI Lake Mary 12-02-2016 (DFS RESP0000000205420) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants