# Exhibit 25

Placeholder for 2016-12-23 10:42:57PM Email Re: EOD Report for CFI Lake Mary 12-23-2016 (DFS RESP0000000198169) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants