# Exhibit 26

Placeholder for 2017-01-13 09:49:45PM Email EOD report for CFI Lake Mary 1-13-2017 (DFS RESP0000000206452) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants