# Exhibit 27

Placeholder for 2017-06-23 06:14:33PM Email CFI EOD 6-23-17 (DFS RESP0000000207413) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants