# Exhibit 28

Placeholder for All Office: CFI August 2019 (DFS RESP 0029530) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants