# Exhibit 29

Placeholder for 2020-02-14 03:06:57PM - Re: IPM and CFI January Performance and February Trend Update (DFS RESP0000000200424) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants