# Exhibit 30

Placeholder for 2019-11-12 06:41:46PM Email Re: Financial Performance Trend Assessment - IPM & CFI (DFS RESP0000000186972) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants