# Exhibit 31

Placeholder for 2019-12-03 11:05:28PM Email Re: End of November-December trend expectations (DFS RESP0000000196955) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants