# Exhibit 32

Placeholder for 2019-12-10 09:33:33PM Email Re: Operational Executive Trends (DFS RESP0000000181017) pursuant to Local Rule 1.11(d).

Designated as Confidential by Defendants