# Exhibit 33

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No: 6:20-cv-1240-Orl-WWB-EJK

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, and STATE
FARM FIRE AND CASUALTY
COMPANY,

       Plaintiffs,

vs.

COMPLETE CARE CENTERS, LLC,
F/K/A INTEGRATIVE PHYSICAL
MEDICINE HOLDING, LLC,
MARC G. OTT, and BRET G.
SCHEUPLEIN,

       Defendants.
_____/

**DECLARATION OF STEPHEN BRIGHT IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, Stephen Bright, declare under penalty of perjury, the following:

1. My name is Stephen Bright. I am over the age of eighteen (18) and fully competent to testify.

2. I am currently employed by Plaintiff State Farm Mutual Automobile Insurance Company as a Special Investigative Unit ("SIU") Team Manager. In this role, I oversaw SIU's investigation of Complete Care Centers, LLC, f/k/a Integrative physical Medicine Holding, LLC ("Complete Care"), Marc G. Ott and Bret G. Scheuplein (collectively, "Defendants").

3. State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs") issue policies of insurance which include Personal Injury Protection ("PIP") and Medical Payments Coverage ("MPC") benefits

1

(collectively, "No-Fault Benefits"). Pursuant to these policies, after receipt of certain documentation from medical providers, Plaintiffs issue payments for services allegedly rendered to Plaintiffs' insureds. In doing so, Plaintiffs rely on the representation by the medical providers that the services were lawfully provided.

4. I have personal knowledge of Plaintiffs' business records. I have reviewed Plaintiffs' business records as described in greater detail below pertaining to Complete Care's former subsidiaries—Integrative Physical Medicine ("IPM"), Central Florida Imaging ("CFI"), and Interventional Associates ("IA"). These records are created and maintained by Plaintiffs in the ordinary course of business, and as part of Plaintiffs' regular practice.

5. Specifically, I reviewed Plaintiffs' business records pertaining to claims submissions between January 1, 2016 and December 14, 2019 by Complete Care's former subsidiary entities, as follows:

    a. The IPM clinics, comprised of:
        1. Integrative Health of Orlando LLC;
        2. Park Lake Physical Medicine, LLC;
        3. Integrative Physical Medicine of Lake Mary, LLC;
        4. Integrative Physical Medicine of Winter Haven LLC;
        5. Integrative Physical Medicine of Mount Dora, LLC;
        6. Integrative Physical Medicine of Kissimmee LLC;
        7. Integrative Physical Medicine of Debary, LLC;
        8. Integrative Physical Medicine of Maitland, LLC;
        9. Integrative Physical Medicine of West Orlando, LLC;
        10. Integrative Physical Medicine of Lakeland, LLC;

      11. Integrative Physical Medicine of Metro West, LLC;

      12. Integrative Physical Medicine of Plant City, LLC f/k/a Integrative Physical Medicine of Palm Coast, LLC;

      13. Integrative Physical Medicine of Clermont, LLC;

      14. Integrative Physical Medicine of Leesburg, LLC;

      15. Integrative Physical Medicine of Sanford, LLC;

      16. Integrative Physical Medicine of Waterford, LLC; and

      17. Integrative Physical Medicine of the Villages, LLC.

  b. the CFI clinics, comprised of:

      1. Central Florida Imaging, LLC;

      2. Central Florida Imaging of Lakeland, LLC; and

      3. Central Florida Imaging of Leesburg, LLC.

  c. the IA clinics, comprised of:

      1. Interventional Associates, LLC;

      2. Interventional Associates of Lakeland, LLC; and

      3. Interventional Associates of Leesburg, LLC.

6. CFI and IA submitted claims for payment of No-Fault Benefits to Plaintiffs.

7. As the summary chart attached as **Exhibit 7** to Plaintiffs' Complaint [Doc. 1-8] in this action reflects, CFI submitted claims for payment of No-Fault Benefits to Plaintiffs in the amount of $3,384,655.07 for services allegedly rendered between March 7, 2016 and December 13, 2019 to Plaintiffs' insureds who were referred to CFI by IPM. *See* [Doc. 1-8] at 30.

8. In reliance upon these claims for payment, Plaintiffs issued payments to CFI totaling $2,146,405.45 for insureds referred by IPM to CFI for healthcare services, including diagnostic imaging. *See id.*

9. The summary chart attached as **Exhibit 9** to Plaintiffs' Complaint [Doc. 1-10] in this action reflects, IA submitted claims for payment of No-Fault Benefits to Plaintiffs in the amount of $2,608,495.78 for services allegedly rendered between September 26, 2016 and December 12, 2019 to Plaintiffs' insureds who were referred to IA by IPM. *See* [Doc. 1-10] at 23.

10. In reliance upon these claims for payment, Plaintiffs issued payments to IA totaling $369,767.96 for insureds referred by IPM to IA for healthcare services, including orthopedic, interventional pain management, and other specialty services. *See id*.

11. In total, Plaintiffs paid $2,516,173.41 in No-Fault Benefits for services rendered to Plaintiffs' insureds by CFI and IA pursuant to referrals from IPM. Plaintiffs have not received any refunds of these payments.

12. Plaintiffs produced copies of each payment draft issued to IPM, CFI and IA during discovery in this action. These records were endorsed with bates labels SF663348PROD through SF703033PROD.

13. Representative examples of payment drafts issued to CFI and IA for services rendered to Plaintiffs' insureds pursuant to referrals by IPM are attached hereto as composite **Exhibit A**.

14. By submitting, or causing to be submitted, bills for services that CFI and IA allegedly provided to Plaintiffs' insureds, Defendants represented they were operating lawfully and that the bills were valid and compensable.

15. Had Plaintiffs known the services rendered to Plaintiffs' insureds by CFI and IA were unlawful because, among other reasons, the patients at issue were unlawfully

referred between medical providers, Plaintiffs would not have issued payments for the subject claims.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of March, 2022.

Stephen Bright
Digitally signed by Stephen Bright
Date: 2022.03.02 14:08:09 -05'00'

_____
STEPHEN BRIGHT

# Exhibit A

StateFarm STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY                    1 19 527748 J
PIP/MPC                                JPMORGAN CHASE BANK, NA  56-1544/441
PIPMPC A1 OFFICE  PCQ0718.P07B         COLUMBUS, OH

CLAIM NO: 59-3162-G94         INSURED  S[REDACTED], C[REDACTED]                    DATE  03-26-2018
LOSS DATE 03-02-2018                                                                    MM DD YYYY

*******EXACTLY ONE THOUSAND EIGHT HUNDRED ELEVEN AND 20/100 DOLLARS              $*****1,811.20

Pay to the
Order of:  CENTRAL FLORIDA IMAGING OF LAKELAND

                                                                              [signature]
                                                                              AUTHORIZED SIGNATURE
                                                                              [signature]
                                                                              AUTHORIZED SIGNATURE

              SECURED DOCUMENT WATERMARK APPEARS ON BACK, HOLD AT 45° ANGLE FOR VIEWING

⑈19175277⦙48⑈
030318-3-5471-1731

Confidential Produced Pursuant to Protective Order                                SF683708PROD



STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY        1 19 110356 J
PIP/MPC
PIPMPC A1 OFFICE  PCQ0718.P07B         JPMORGAN CHASE BANK, NA  56-1544/441
                                       COLUMBUS, OH  43240

CLAIM NO  59-9852-902       INSURED  M████, P████ G████, M████       DATE  12-06-2016
LOSS DATE 10-04-2016                                                       MM DD YYYY

****************EXACTLY NINE HUNDRED THIRTY-ONE AND 94/100 DOLLARS        $*******931.94

Pay to the
Order of: CENTRAL FLORIDA IMAGING LLC

SECURED DOCUMENT WATERMARK APPEARS ON BACK, HOLD AT 45° ANGLE FOR VIEWING

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

⑈1917110356⑈

Confidential Produced Pursuant to Protective Order                    SF667454PROD



Confidential Produced Pursuant to Protective Order

SF669412PROD

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY    1 19 972063 J

JPMORGAN CHASE BANK, NA  54-1545/440
PDMPC AT OFFICE  FC00718_P079                    COLUMBUS, OH

CLAIM NO. 59-5101-T65    INSURED: S████, J███            DATE: 09-06-2018

LOSS DATE: 07-22-2018

****************EXACTLY EIGHT HUNDRED SIXTY-FOUR AND 61/100 DOLLARS        $********864.61

Pay to the
Order of: CENTRAL FLORIDA IMAGING LLC

                                                          AUTHORIZED SIGNATURE
                                                          AUTHORIZED SIGNATURE

SECURED DOCUMENT WATERMARK APPEARS ON BACK, HOLD AT 45° ANGLE FOR VIEWING

⑈191972063⑈

Confidential Produced Pursuant to Protective Order                        SF701846PROD



Confidential Produced Pursuant to Protective Order

SF895948PROD



Confidential Produced Pursuant to Protective Order

SF684772PROD



Confidential Produced Pursuant to Protective Order
SF687538PROD



Confidential Produced Pursuant to Protective Order

SF677490PROD



Confidential Produced Pursuant to Protective Order

SF676762PROD



Confidential Produced Pursuant to Protective Order

SF665146PROD